EARL C. WINTERMUTE, Appellant, v. VIRGINIA M. WINTERMUTE, Respondent. — Order unanimously modified in accordance with stipulation signed by the parties and their attorneys on May 23, 1951, and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

---

In the Matter of the Arbitration between GEORGE FOLLINI et al., Copartners Doing Business as EDENWALD CONTRACTING COMPANY, Respondents, and NEW YORK CITY HOUSING AUTHORITY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.